# United States District Court

## District of Utah

DISABILITY LAW CENTER,

        Plaintiff,

v.

SG BOULEVARD MULTIFAMILY LLC, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-00146

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice.

November 7, 2023
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge